<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7570**

———————

ALVIN JUSTIN "BUDDY" HUGGINS,

Plaintiff - Appellant,

versus

PATRICIA HAYNES MALONE,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CA-97-776-5-BO)

———————

Submitted: February 25, 1999          Decided: March 9, 1999

———————

Before HAMILTON, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Alvin Justin Huggins, Appellant Pro Se. William Howard Moss, SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alvin Justin Huggins appeals the district court's order awarding Patricia Malone summary judgment on his action alleging that her failure to provide complete and accurate transcripts of his trial and sentencing violated his rights under the Fifth, Sixth, and Fourteenth Amendments to the United States Constitution. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Huggins' motion for leave to file formal briefs and affirm on the reasoning of the district court. See Huggins v. Malone, No. CA-97-776-5-BO (E.D.N.C. Aug. 25, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2